ELY *v.* CURTIS.

The fraud by which a debt is created, and a discharge of it prevented in bankruptcy, under U. S. Rev. St., s. 5117, is actual, and not mere fraud in law.

ASSUMPSIT.   The plaintiff contended that the debt was not discharged in bankruptcy because created by the defendant's fraud. Facts found by a referee.

*Barnard & Barnard*, for the plaintiff.

*E. B. S. Sanborn*, for the defendant.

DOE, C. J.   The fraud must be actual, and not mere fraud in law.   *Neal* v. *Clark*, 95 U. S. 704;  *Wolf* v. *Stix*, 99 U. S. 1, 7.   The referee has reported evidence, and has not decided the general question of fraud.

*Case discharged.*

STANLEY and BLODGETT, JJ., did not sit: the others concurred.